UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Miguel Antonio Castaneda-Flores <br> Defendant(s) | 08CR2277-BTM <br> CRIMINAL NO. 08mj1975 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 10111248 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Rogelio Robles-Garcia
(Arr 6/30/08)

DATED: 7/10/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk