UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>         )<br>vs. )<br>Miguel Antonio Castaneda-Flores )<br>         )<br>    Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR2277-BTM<br>                   08mj1975<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10111298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Alvaro Gonzalez-Jimenez
(Arr 6/30/08)

DATED: 7/10/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk