```
                                    FILED
                                    JUL 1 0 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2277-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| MIGUEL ANTONIO CASTANEDA-FLORES,) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| Defendant. ) | Abetting |

The United States Attorney charges:

On or about June 25, 2008, within the Southern District of California, defendant MIGUEL ANTONIO CASTANEDA-FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvaro Gonzalez-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 7/10/08.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON       for
Assistant U.S. Attorney

CEM:es:San Diego
7/1/08